## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:06CV537

| | | |
|---|---|---|
| **LUCAS E. LOPEZ-GALVAN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **THE MEN'S WEARHOUSE, INC.,** | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER is before the court on its own motion. The Parties have filed their Certification and Report of Initial Attorneys' Conference [doc. 10]. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Tuesday, August 14, 2007, at 10:15 a.m.**

IT IS SO ORDERED.

Signed: July 30, 2007

Graham C. Mullen
United States District Judge