IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 3:06cv537

| | |
|---|---|
| LUCAS E. LOPEZ-GALVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| THE MEN'S WEARHOUSE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion for Extension of Time to File Dispositive Motion [Doc. 18].

For the reasons stated in the motion and for cause shown, the Defendant's Unopposed Motion for Extension of Time to File Dispositive Motion [Doc. 18] is **GRANTED**. However, the deadline for filing dispositive motions is hereby extended only to **May 12, 2008**. Responses to motions shall be filed by **May 27, 2008.** Any reply briefs shall be filed by **June 3, 2008.**

This extension shall not in any way affect the trial of this matter, which is scheduled to commence during the first civil trial term beginning on or after **AUGUST 18, 2008.**

**IT IS SO ORDERED.**

Signed: April 15, 2008

Martin Reidinger
United States District Judge