IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:06cv537

| | |
|---|---|
| LUCAS E. LOPEZ-GALVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | J U D G M E N T |
| ) | |
| MENS WEARHOUSE, ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Defendant's motion for summary judgment is **ALLOWED**, and **JUDGMENT** is hereby entered in favor of the Defendant and against the Plaintiff.

Signed: July 10, 2008

Martin Reidinger
United States District Judge